### W. T. HALE, JR., Petitioner v. Guy T. HELVERING, Commissioner of Internal Revenue.

#### No. 6609.

United States Court of Appeals for the District of Columbia.

Decided Aug. 17, 1936.

Eugene Meacham, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Robert H. Jackson, Robert L. Williams, Norman D. Keller, Francis I. Howley, and E. W. Pavenstedt, all of Washington, D.C., for respondent.

Before MARTIN, Chief Justice, and VAN ORSDEL, GRONER, and STEPHENS, Associate Justices.

STEPHENS, Associate Justice.

This case was by stipulation consolidated for review with R. W. Hale, Petitioner, v. Guy T. Helvering, Commissioner of Internal Revenue, 66 App.D.C. 242, 85 F. (2d) 819. The facts and the issue in this case are admittedly identical with those in that case, decided this day, and the conclusion must, therefore, be the same. Accordingly that part of the decision of the Board of Tax Appeals appealed from is,

Affirmed.